No. 489.  ZAP *v.* UNITED STATES. January 7, 1946. The petition for rehearing is granted and the order entered December 10th denying certiorari, 326 U. S. 777, is vacated. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is granted limited to the question whether books and records relating to the petitioner's contract with the Navy Department were properly admitted as evidence at his trial. *Mr. Morris Lavine* for petitioner. *Solicitor General McGrath, Messrs. Robert S. Erdahl, Walter J. Cummings, Jr.* and *Miss Beatrice Rosenberg* for the United States.

No. —, October Term, 1944.  BOZELL *v.* BIDDLE ET AL. October 8, 1945.  325 U. S. 842.

No. —, October Term, 1944.  EX PARTE RAYMOND O. DEMAUREZ.  October 8, 1945.  325 U. S. 835.